# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PRESKA, LORETTA A. | UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK | 08/08/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES DISTRICT JUDGE, ACTIVE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 1/1/2015 to 12/31/2015 |

**7. Chambers or Office Address**

U.S. COURTHOUSE
500 PEARL STREET, ROOM 2220
NEW YORK, NY 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice-President | Fordham Law Alumni Association |
| 2. | Trustee | Trust # 11 |
| 3. | Advisory Board | Federalist Society, New York Chapter |
| 4. | Trustee Emerita | Fordham University |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Self Employed Lawyer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Dubai International | 3/19-24/2015 | Dubai, UAE | Speech | Travel, Loding, Food |
| 2. | Financial Center | | | | |
| 3. | Courts | | | | |
| 4. | International Association of Defense Counsel | 7/6-7/2015 | Colorado Springs | Speech | Travel, Lodging, Food |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Law Firm Retirement Account (H) | | | | | | | | | |
| 2. -Fidelity Contrafund | B | Dividend | O | T | | | | | |
| 3. -Fidelity Cash Reserves | A | Dividend | L | T | | | | | |
| 4. -Royce Total Return Fund | | None | | | Sold | 11/18/15 | M | | |
| 5. -Vanguard Midcap Index Fund | A | Dividend | L | T | | | | | |
| 6. -Brown Bros Select Fund | B | Dividend | M | T | | | | | |
| 7. -Vanguard Small Cap Index Fund | A | Dividend | L | T | Buy | 11/18/15 | L | | |
| 8. Law Firm Capital A/C and Int. in A/R | | None | P1 | W | | | | | |
| 9. Citibank Accounts | B | Interest | O | T | | | | | |
| 10. M&T Bank Accounts | A | Interest | M | T | | | | | |
| 11. Trust # 10 (H) | | | | | | | | | |
| 12. -Fidelity Municipal MMF | A | Dividend | P1 | T | | | | | |
| 13. -MS Global Long Short Fund | F | Dividend | P1 | T | | | | | |
| 14. -Blackrock Global Fund | | None | | | Sold | 02/02/15 | L | B | |
| 15. -Ivy Asset Strategy Fund | | None | | | Sold | 02/02/15 | J | | |
| 16. -Vanguard LTD Term Tax Exempt Fund | | None | | | Sold | 06/15/15 | K | | |
| 17. -SPDR Mid Cap 400 ETF | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Royce Total Return Fund | | None | | | Sold | 02/02/15 | L | C | |
| 19. -NY State Loc Govt Assistance Corp Subordinate Lien Ref-A Bonds | A | Interest | K | T | | | | | |
| 20. -NY State Dorm Auth Revs Bonds | A | Interest | K | T | | | | | |
| 21. -Florida State Brd Ed Pub Ed Ref-B Bonds | A | Interest | K | T | | | | | |
| 22. -Palm Beach Fl Rep Ref Cap Impt Pro-A Bonds | A | Interest | K | T | | | | | |
| 23. -Harris County TX Met Tran Auth Sales & Use Tax Red Bonds | A | Interest | K | T | | | | | |
| 24. -WA State Var Purp-C Bonds | A | Interest | K | T | | | | | |
| 25. -King City Washington School District No 414 Lake Bonds | | None | | | Redeemed | 07/17/15 | K | | |
| 26. -Westmoreland County PA Mun Auth Mun Svc Rev Bonds | | None | | | Redeemed | 08/17/15 | K | | |
| 27. -McHenry County IL Cmnty Unit Ach Dist Ref-B Bonds | A | Interest | K | T | Buy | 02/27/15 | K | | |
| 28. -Huntsville AL General Oblig Ref Cap Imp Warrants | A | Interest | K | T | | | | | |
| 29. -Integro Common Stock | | None | | | Sold | 11/04/15 | N | | |
| 30. -NV State GO Bonds | | None | | | Redeemed | 06/01/15 | J | | |
| 31. | | | | | Redeemed | 12/01/15 | J | | |
| 32. -Ironshore Common Stock | | None | | | Sold (part) | 02/12/15 | M | F | |
| 33. | | | | | Sold | 11/20/15 | O | G | |
| 34. -BIOC LLC | | None | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -IA Fin Auth Rev Bonds | A | Interest | K | T | | | | | |
| 36.   -Cary NC Pub Impt Ref-B Bonds | A | Interest | K | T | | | | | |
| 37.   -Boston MA Water and Sewer Commn Gen Rev Ref-A Bonds | A | Interest | K | T | | | | | |
| 38.   -Marion and Polk Counties OR sch Dist No 24 J Salem Bonds | A | Interest | K | T | | | | | |
| 39.   -DC Washington DC Income Tax Seed Rev Ref-A Bonds | A | Interest | K | T | | | | | |
| 40.   -Downtown Association Bond | A | Interest | J | W | | | | | |
| 41.   -Sustainable Waste Power Systems, Inc. Common Stock | | None | K | W | | | | | |
| 42.   -Blackrock Strategic Municipal Opportunity's Fund | E | Dividend | O | T | | | | | |
| 43.   Spartan 500 Index Fund | | None | | | Distributed | 01/21/15 | M | | |
| 44.   -CT Hsg Fin Auth Mtg Ref-A Bonds | A | Interest | J | T | Buy | 02/11/15 | J | | |
| 45.   -Deutsche International Tax Free Fund | C | Dividend | N | T | Buy | 07/30/15 | N | | |
| 46.   Trust # 11 (H) | | | | | | | | | |
| 47.   -S + P Midcap SPDRS | A | Dividend | L | T | | | | | |
| 48.   -Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 49.   -Blackrock Equity Div Fund | | None | | | Sold | 01/17/14 | L | E | |
| 50.   -Spartan 500 Index Fund (X) | A | Dividend | K | T | Distributed | 01/21/15 | M | | |
| 51.   IRA # 9 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Fidelity Contrafund | B | Dividend | N | T | | | | | |
| 53. -Blackrock Global Allocation Fund | C | Dividend | N | T | | | | | |
| 54. -Vanguard Midcap Fund | A | Dividend | K | T | | | | | |
| 55. -SPDR Midcap 400 ETF | | None | M | T | | | | | |
| 56. -Ivy Asset Strategy Fund | | None | | | Sold | 02/02/15 | N | G | |
| 57. -Tweedy Browne Global Value Fund | D | Dividend | O | T | | | | | |
| 58. -Blackrock Equity Dividend Fund | | None | | | Sold | 03/12/14 | M | D | |
| 59. -Brown Bros Core Select Fund | B | Dividend | N | T | | | | | |
| 60. -SPDR S & P 500 ETF | | None | O | T | | | | | |
| 61. -Spartan 500 Index Fund | D | Dividend | P1 | T | Buy (add'l) | 02/02/15 | O | | |
| 62. -Baron Growth Fund | | None | M | T | | | | | |
| 63. -Spartan Total Market Index | D | Dividend | O | T | Buy (add'l) | 04/22/15 | L | | |
| 64. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 65. -Fidelity Gov't Cash Reserves | A | Dividend | M | T | Buy | 03/31/15 | M | | |
| 66. IRA # 10 (H) | | | | | | | | | |
| 67. -Fidelity Gov't Cash Reserves | A | Dividend | L | T | | | | | |
| 68. -Tweedy Browne Global Value Fund | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Vanguard Midcap Index Fund | A | Dividend | K | T | | | | | |
| 70. -Ivy Asset Strategy Fund | | None | | | Sold | 02/02/15 | L | D | |
| 71. -Fidelity Low Priced Stock Fund | B | Dividend | M | T | Buy (add'l) | 04/23/15 | J | | |
| 72. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 73. -Blackrock Global Allocation Fund | A | Dividend | K | T | | | | | |
| 74. -Brown Brothers Core Select Fund | A | Dividend | N | T | | | | | |
| 75. -SPDR S & P 500 ETF | | None | N | T | | | | | |
| 76. -Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 77. -Royce Total Return Fund | | None | | | Buy (add'l) | 02/02/15 | L | | |
| 78. | | | | | Sold | 11/16/15 | L | | |
| 79. -iShares Core S&P Small Cap ETF | A | Dividend | L | T | Buy | 11/17/15 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 08/08/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Last year on page 6, line 49, Western Asset Govt MMF was reported. This fund was converted into Fidelity Cash Reserves, reported last year at page 6, line 47.

Lines 49 & 58 were omissions last year.

Last year SPDR Mid Cap 400 appeared in both lines 66 and 55. It should have appeared only in line 55.

The entry in line 43 was transferred to line 50; i.e., it was transferred from Trust # 10 & Trust # 11.

Line 57 - Name was incorrect last year.

Line 63 - Previously reported on line 60 of Report for 2014 as "Spartan 500 Index" by mistake.

Line 67 - Name change.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **LORETTA A. PRESKA**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544